JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD KELLY,<br><br>    Plaintiff,<br><br>    v.<br><br>KIEWIT INFRASTRUCTURE WEST CO., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-04909-R-SK<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The stipulation is approved. The entire action, including all claims stated herein, is hereby dismissed with prejudice. Each party will bear its own fees and costs.

IT IS SO ORDERED

Dated: January 16, 2019

_____
Hon. Manuel L. Real
United States District Judge

Baker & McKenzie LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
+1 310 201 4751

Case No. 2:18-cv-04909-R-SK
ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE